UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMIT PATEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE GENETICS, INC., CLAY B. SIEGALL, and TODD E. SIMPSON,<br><br>Defendants. | No. C17-41 RSM<br><br>**ORDER APPOINTING<br>LEAD PLAINTIFF AND APPROVING<br>SELECTION OF COUNSEL** |

The Court has considered the motions for appointment of lead plaintiff and approval of counsel made by competing movants. The Court finds oral argument unnecessary and for good cause shown, hereby ORDERS as follows:

:

I.   **NEWLY-FILED OR TRANSFERRED ACTIONS**

1.   When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

   (a)   file a copy of this Order in the separate file for such action;

   (b)   mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

(c) make the appropriate entry in the Master Docket.

2. Each new case that arises out of the subject matter of this Action and that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## II. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

3. Having reviewed all pending motions, the Court hereby appoints movant Carl Johnson ("Johnson") as Lead Plaintiff for the class (the "Class"). Johnson satisfies all of the requirements for lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

4. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v), has selected and retained the law firm of Pomerantz LLP as Lead Counsel and the Law Offices of Clifford A. Cantor, P.C. as Liaison Counsel for the Class. The Court approves Lead Plaintiff's selection of Counsel for the Class.

5. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

(a) to coordinate the briefing and argument of motions;

(b) to coordinate the conduct of discovery proceedings;

(c) to coordinate the examination of witnesses in depositions;

(d) to coordinate the selection of counsel to act as spokesperson at pretrial conferences;

(e) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f) to conduct all settlement negotiations with counsel for defendants;

(g) to conduct or direct the pretrial discovery proceedings and the preparation for trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h) to supervise any other matters concerning the prosecution, resolution, or settlement of this action.

6. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff in the Class without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

7. Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

8. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices, other than as may be served through this Court's ECF System.

9. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

10. Other than as served through the Court's ECF System, defendants shall effect service of papers on plaintiffs by serving a copy on each of Lead Counsel by overnight mail service, e-mail, or hand delivery. Lead Counsel may serve, as they deem appropriate, copies of such papers on any other plaintiffs' counsel by e-mail or first-class mail. Lead Counsel shall effect service of papers on defendants by serving a copy on defendants' counsel by overnight mail service, e-mail, or hand delivery.

11. During the pendency of this litigation, or until further order of this Court, the parties shall exercise the required diligence to preserve all documents within their possession, custody, or control, including ESI, containing information that is relevant to the subject matter of the Action.

Dated this 7th day of April 2017

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Cliff Cantor*  
By: Cliff Cantor, WSBA # 17893  
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.  
627 208th Ave SE  
Sammamish, WA 98074  
Tel:   (425) 868-7813  
Fax:   (425) 732-3752  
Email: cliff.cantor@outlook.com

*One of Counsel for Movant and*  
*Proposed Liaison Counsel for the Class*