UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SAMIT PATEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE GENETICS, INC., CLAY B. SIEGALL, and TODD E. SIMPSON,<br><br>Defendants. | No. C17-0041RSM<br><br>**STIPULATION AND ORDER RE SCHEDULE FOR FILING CONSOLIDATED AMENDED COMPLAINT AND BRIEFING DEFENDANTS' ANTICIPATED MOTION TO DISMISS** |

Lead Plaintiff Carl Johnson ("Johnson") and Defendants Seattle Genetics, Inc., Clay B. Siegall, and Todd E. Simpson (collectively, "Defendants"), having met and conferred, submit the following stipulation regarding schedule for filing consolidated amended complaint and briefing defendants' anticipated motion to dismiss, and ask the Court to enter an order consistent with this Stipulation.

WHEREAS, on January 10, 2017, Plaintiff Samit Patel filed a class action complaint alleging the Defendants violated federal securities laws;

WHEREAS, on April 7, 2017, the Court entered an order granting Johnson's motion to appoint him as Lead Plaintiff, and approve his selection of Pomerantz LLP as Lead Counsel and the Law Offices of Clifford A. Cantor, P.C. as Liaison Counsel for the class;

STIP. & ORDER RE SCHEDULE
C17-41 RSM

-1-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

WHEREAS, the parties, through their counsel, have met and conferred, and agreed to a schedule;

NOW, THEREFORE, the parties stipulate and agree as follows:

1) On or before June 6, 2017, Lead Plaintiff shall file his Consolidated Amended Complaint ("CAC");

2) Defendants shall have until July 21, 2017 to answer, plead, or otherwise respond to the CAC; and

3) Should Defendants move to dismiss the CAC, Lead Plaintiff shall file a response to the motion on or before August 21, 2017, and Defendants shall file a reply in support of the motion on or before September 20, 2017.

**IT IS SO STIPULATED.**

Dated: April 20, 2017

*s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 732-3752
email: cliff.cantor@outlook.com

*Liaison Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Joshua B. Silverman
Omar Jafri
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
email: pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
ojafri@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II

STIP. & ORDER RE SCHEDULE
C17-41 RSM
-2-
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

| | |
|---|---|
| 1 | 600 Third Avenue, 20th Floor |
| 2 | New York, New York 10016 |
| | Tel: (212) 661-1100 |
| 3 | Fax: (212) 661-8665 |
| | email: jalieberman@pomlaw.com |
| 4 | ahood@pomlaw.com |

*Lead Counsel for the Class*

*s/ Barry Kaplan*
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA # 43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Tel: (206) 883-2500
Fax: (206) 883-2699
Email: bkaplan@wsgr.com
gwatts@wsgr.com

*Counsel for Defendants Seattle Genetics, Inc., Clay B. Siegall, and Todd E. Simpson*

**ORDER**

IT IS SO ORDERED.

Dated: April 24, 2017

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIP. & ORDER RE SCHEDULE
C17-41 RSM
-3-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

Presented by:

*s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 732-3752
email: cliff.cantor@outlook.com

*Liaison Counsel for the Class*

STIP. & ORDER RE SCHEDULE
C17-41 RSM

-4-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752