UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMIT PATEL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>        Plaintiff,<br>   v.<br><br>SEATTLE GENETICS, INC., CLAY B. SIEGALL, TODD E. SIMPSON and JONATHAN DRACHMAN<br><br>        Defendants. | CASE NO.: 2:17-cv-00041 RSM<br><br>STIPULATED MOTION AND ORDER REGARDING SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS |

Lead Plaintiff Carl Johnson ("Johnson") and Defendants Seattle Genetics, Clay B. Siegall, Todd E. Simpson and Jonathan Drachman (collectively, "Defendants"), having met and conferred, submit the following stipulation regarding the schedule for briefing Defendants' motion to dismiss the Consolidated Amended Complaint, and ask the Court to enter an order consistent with this Stipulation.

WHEREAS, on April 7, 2017, the Court entered an order appointing Mr. Johnson as Lead Plaintiff, and approving his selection of Pomerantz LLP as Lead Counsel and the Law Offices of Clifford A. Cantor, P.C. as Liaison Counsel for the class, ECF No. 8;

WHEREAS, on April 24, 2017, this Court entered an order setting a schedule for filing the Consolidated Amended Complaint and briefing Defendants' anticipated motion to dismiss, ECF No. 14;

STIPULATED MOTION AND ORDER
REGARDING SCHEDULE FOR
BRIEFING DEFENDANTS' MOTION
TO DISMISS

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

WHEREAS, on June 6, 2017, Lead Plaintiff filed his Consolidated Amended Complaint;

WHEREAS, Defendants, due to counsel's scheduling conflicts and for personal reasons, have requested and Lead Plaintiff has agreed to a one week extension on Defendants' deadline for filing their motion to dismiss the Consolidated Amended Complaint;

NOW, THEREFORE, the parties have met and conferred and stipulate and agree to extend the briefing schedule one week as follows:

1. Defendants shall have until July 28, 2017 to file their motion to dismiss the Consolidated Amended Complaint;

2. Lead Plaintiff shall until August 28, 2017 to oppose or otherwise respond to the motion; and

3. Defendants shall have until September 27, 2017 to file any reply in support of their motion.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated:  July 13, 2017 | s/ Barry M. Kaplan<br>Barry M. Kaplan, WSBA #8661<br>Gregory L. Watts, WSBA #43995<br>**WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA  98104-7036<br>Telephone:  (206) 883-2500<br>Facsimile:   (206) 883-2699<br>Email: bkaplan@wsgr.com<br>Email: gwatts@wsgr.com<br><br>*Attorneys for Defendants Seattle Genetics, Inc., Clay B. Siegall, and Todd E. Simpson* |
| Dated:  July 13, 2017 | s/ Cliff Cantor<br>Cliff Cantor, WSBA #17893<br>**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**<br>627 208th Avenue SE |

STIPULATED MOTION AND ORDER REGARDING SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Sammamish, WA 98074
Telephone: (425) 868-7813
Facsimile: (425)732-3752
Email: cliff.cantor@outlook.com

Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
**POMERANTZ LLP**
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
Email: jbsilverman@pomlaw.com
Email: ojafri@pomlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED** this 14th day of July 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER REGARDING SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699