THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMIT PATEL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SEATTLE GENETICS, INC., CLAY B. SIEGALL, TODD E. SIMPSON and JONATHAN DRACHMAN<br><br>Defendants. | CASE NO.: 2:17-cv-00041 RSM<br><br>STIPULATED MOTION AND ORDER REGARDING SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS |

Lead Plaintiff Carl Johnson ("Plaintiff") and Defendants Seattle Genetics, Clay B. Siegall, Todd E. Simpson and Jonathan Drachman (collectively, "Defendants"), having met and conferred, submit the following stipulation regarding the schedule for briefing Defendants' motion to dismiss the Consolidated Second Amended Complaint ("SAC"), and ask the Court to enter an order consistent with this Stipulation.

WHEREAS, on October 18, 2017, the Court dismissed Plaintiff's Consolidated Amended Complaint with leave to amend, ECF No. 30;

WHEREAS, on November 17, 2017, Plaintiff filed the SAC, ECF No. 31;

WHEREAS, Defendants' response to the SAC is currently due on December 1, 2017;

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE
2:17-cv-00041 RSM

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

WHEREAS, Defendants expect to file a motion to dismiss the SAC but, due to scheduling conflicts and the upcoming holidays, need additional time to brief that motion;

NOW, THEREFORE, the parties have met and conferred and stipulate and agree as follows:

1. Defendants shall have until January 5, 2018 to file their motion to dismiss the SAC;
2. Lead Plaintiff shall have until February 16, 2018 to oppose or otherwise respond to the motion; and
3. Defendants shall have until March 9, 2018 to file any reply in support of their motion.

**IT IS SO STIPULATED**

Dated: November 21, 2017     s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Seattle Genetics, Inc., Clay B. Siegall, and Todd E. Simpson*

Dated: November 21, 2017     s/ Cliff Cantor
Cliff Cantor, WSBA #17893
**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Avenue SE
Sammamish, WA 98074
Telephone: (425) 868-7813
Facsimile: (425)732-3752
Email: cliff.cantor@outlook.com

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE
2:17-cv-00041 RSM

-2-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

| | |
|---|---|
| 1 | Patrick V. Dahlstrom (admitted *pro hac vice*) |
| 2 | Joshua B. Silverman (admitted *pro hac vice*) |
|   | Omar Jafri (admitted *pro hac vice*) |
| 3 | **POMERANTZ LLP** |
|   | 10 South La Salle Street, Suite 3505 |
| 4 | Chicago, IL 60603 |
|   | Telephone: (312) 377-1181 |
| 5 | Facsimile: (312) 377-1184 |
|   | Email: pdahlstrom@pomlaw.com |
| 6 | Email: jbsilverman@pomlaw.com |
|   | Email: ojafri@pomlaw.com |

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE
2:17-cv-00041 RSM

-3-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**ORDER**

IT IS SO ORDERED.

Dated: November 27, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE
2:17-cv-00041 RSM

-4-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699