# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMIT PATEL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEATTLE GENETICS, INC., CLAY B. SIEGALL, TODD E. SIMPSON, and JONATHAN DRACHMAN,

Defendants.

C17-41 RSM

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Defendants' Motion to Dismiss Consolidated Second Amended Complaint (Dkt. #34) is GRANTED. Defendants' Request for Judicial Notice (Dkt. #36) is DENIED as moot. Plaintiff's claims are DISMISSED. This case is CLOSED.

Dated this 24th day of May 2018.

WILLIAM M. MCCOOL
Clerk

/s/ Paula McNabb
Deputy Clerk